# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWIRLATE IP LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:20-cv-01283-CFC |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| KEEP TRUCKIN, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT KEEP TRUCKIN, INC.'S
## MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Keep Truckin, Inc. ("Defendant") moves to dismiss Plaintiff Swirlate IP LLC's Original Complaint for Patent Infringement (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief, submitted herewith.

Respectfully submitted,

|  |  |
|---|---|
| *Of Counsel*: | GREENBERG TRAURIG, LLP |
|  | */s/ Benjamin J. Schladweiler* |
| Joshua L. Raskin (*pro hac vice pending*) | Benjamin J. Schladweiler (#4601) |
| Vimal M. Kapadia (*pro hac vice pending*) | The Nemours Building |
|  | 1007 North Orange Street |
|  | Suite 1200 |
|  | Wilmington, DE  19801 |
| GREENBERG TRAURIG, LLP | (302) 661-7000 |
| MetLife Building | schladweilerb@gtlaw.com |
| 200 Park Avenue |  |
| New York, NY 10166 | *Counsel for Keep Truckin, Inc.* |
| (212) 801-9200 |  |
| raskinj@gtlaw.com |  |
| kapadiav@gtlaw.com |  |

Dated:  February 15, 2021

2

## CERTIFICATE OF SERVICE

I, Benjamin J. Schladweiler, hereby certify that on February 15, 2021, I caused the foregoing ***Defendant Keep Truckin, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6)*** to be served via electronic mail upon the following counsel of record:

Jimmy Chong (#4839)
CHONG LAW FIRM, P.A.
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

*Counsel for Plaintiff Swirlate IP LLC*

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Counsel for Plaintiff Swirlate IP LLC*

   /s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)