## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SWIRLATE IP LLC,** | C.A. No. 1:20-cv-01283-CFC |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **KEEP TRUCKIN, INC.,** | **PATENT CASE** |
| Defendant. | |

### PLAINTIFF SWIRLATE IP LLC'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Swirlate IP LLC respectfully requests oral argument before the Court in connection with Defendant Keep Truckin, Inc.'s Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) (D.I. 11, 12). Briefing on the motion was completed April 19, 2021. Plaintiff estimates that the hearing would take no longer the one hour.

| | |
|---|---|
| April 20, 2021 | CHONG LAW FIRM, P.A. |
| | |
| OF COUNSEL: | */s/ Jimmy Chong* |
| | Jimmy Chong (#4839) |
| | 2961 Centerville Road, Suite 350 |
| David R. Bennett | Wilmington, DE 19808 |
| Direction IP Law | Telephone: (302) 999-9480 |
| P.O. Box 14184 | Facsimile: (877) 796-4627 |
| Chicago, IL 60614-0184 | Email: chong@chonglawfirm.com |
| (312) 291-1667 | |
| dbennett@directionip.com | *Attorneys for Plaintiff Swirlate IP LLC* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2021, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
