IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SWIRLATE IP LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>KEEP TRUCKIN, INC.,<br><br>    Defendant. | Civil Action No. 20-1283-CFC |

## ORDER

NOW THEREFORE, at Wilmington this Twenty-eighth day of July in 2021, **IT IS HEREBY ORDERED** that Defendant Keep Truckin, Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) (D.I. 11) is **GRANTED**. Plaintiff Swirlate has 21 days from the date of this Order to file an amended complaint.

                    _____
                    COLM F. CONNOLLY
                    CHIEF JUDGE